# UNITED STATES DISTRICT COURT

      FOR THE      DISTRICT OF      PUERTO RICO

UNITED STATES OF AMERICA,            **APPEARANCE**

      v.            CASE NUMBER: 97-071 (CCC)

JUAN SANTIAGO-VAZQUEZ, ET AL.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

    May 20, 2005            s/ Jacabed Rodríguez Coss
*Date*            *Signature*

          Jacabed Rodríguez Coss
          *Print Name*

          *Torre Chardon, Suite 1201*
          *Address*

          *Hato Rey, Puerto Rico 00918*
          *City*

          *(787) 766-5656*
          Phone Number

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CMF/ECF system which will send notification to the counsel of record:

<u>s/ Jacabed Rodríguez Coss</u>
Jacabed Rodríguez Coss
